# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH GILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MACY'S WEST STORES, INC., et al.,<br><br>　　　　　Defendant._____/ | CASE NO. 1:12-cv-01985-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT<br><br>(ECF No. 8.) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Upon consideration of the moving papers, and the stipulation of the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. Plaintiffs are hereby granted leave to file a First Amended Complaint in this matter, and which may include a cause of action on behalf of Plaintiff AYAZ GILL, individually;

2. The Proposed First Amended Complaint attached as Exhibit 1 to the Motion to File a First Amended Complaint will be deemed filed upon the signing of this order, and will be referred to as the operative complaint in this matter;

3. The hearing on Plaintiff's motion for leave to amend scheduled to occur on February 1, 2013 at 9:00 a.m. in Courtroom 9 is VACATED and the parties shall not appear at that time; and

///

4. Defendants are to respond to the First Amended Complaint within 20 days of the date of this order.

IT IS SO ORDERED.

Dated: **January 23, 2013**                              /s/ **Stanley A. Boone**
                                                                    UNITED STATES MAGISTRATE JUDGE