David V. Roth, Esq. [SBN 194648]
Matthew P. Noel [SBN 242172]
**MANNING & KASS,**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999

Attorneys for Defendant,
MACY'S WEST STORES, INC.
(erroneously sued herein as MACY'S CORPORATE SERVICES, INC.; MACY'S, INC.; and MACY'S RETAIL HOLDINGS, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH GILL, a minor, by and through his Guardian ad Litem, AYAZ GILL,<br><br>   Plaintiff,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC.; MACY'S, INC.; MACY'S RETAIL HOLDINGS, INC.; MACY'S WEST STORES, INC.; and DOES 1 to 25, inclusive,<br><br>   Defendants. | Case No.: 1:12-CV-01985-AWI-SAB.<br><br>ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT JOINT SCHEDULING CONFERENCE<br><br>Date: February 14, 2013<br>Time: 9:15 am<br>Magistrate Judge Stanley A. Boone |

Having reviewed counsel for defendants Macy's West Stores, Inc. Request for Telephonic Appearance at the Joint Scheduling Conference, the request is GRANTED.

IT IS SO ORDERED.

   **Dated:   February 11, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

-1-

**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**