# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH GILL,<br><br>            Plaintiff,<br><br>     v.<br><br>MACY'S WEST STORES, INC.,<br><br>            Defendant. | Case No.  1:12-cv-01985-AWI-SAB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER<br><br>RESPONSE DUE WITHIN FIVE (5) DAYS |

On August 15, 2013, the parties in this action filed a petition to approve the compromise of a minor's claim.  (ECF No. 23.)  On August 19, 2013, the Court approved the minor's compromise and ordered the parties to file appropriate stipulations for the voluntary dismissal of this action within twenty-one (21) days.  To date, the parties have no filed any dismissal papers.

The Court attempted to contact the parties via e-mail and telephone to ascertain the status of this action.  Neither party responded to the Court's e-mail inquiries.  Last week, the Court called Plaintiff's counsel and was informed by counsel's secretary that dismissal papers would be filed shortly, but the Court has not heard anything from the parties since then.

The dismissal papers in this action are nearly two months overdue.  In light of the parties' failure to communicate with the Court regarding the status of the case, the Court will order the parties to show cause why sanctions should not be imposed for their failure to comply with a court order.  The parties' written response to this order to show cause shall be filed within seven

1

(7) calendar days.

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff Noah Gill and Defendant Macy's West Stores, Inc. shall SHOW CAUSE why sanctions should not be imposed for their failure to obey a court order and to respond from inquiries from the Court. The parties' written response to this order to show cause shall be filed within five (5) calendar days of the date of service of this order and to provide the Court with office procedures it will institute which will ensure that matters addressed from a court are addressed and responded to.

IT IS SO ORDERED.

Dated: **November 7, 2013**

UNITED STATES MAGISTRATE JUDGE