1  Warren R. Paboojian, No. 128462
   Adam B. Stirrup, No. 257683
2  BARADAT & PABOOJIAN, INC.
   720 West Alluvial Avenue
3  Fresno, California 93711
   Telephone: (559) 431-5366
4  Facsimile: (559) 431-1702

**FILED**

**NOV 08 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5  Attorneys for Plaintiff
   NOAH GILL, a minor,
6  by and through his Guardian
   ad Litem, AYAZ GILL

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 NOAH GILL, a minor, by and through his        )    Case No. 1:12-CV-01985-AWI-SAB
   Guardian ad Litem, AYAZ GILL,                 )
11                                               )    **STIPULATION FOR VOLUNTARY**
                Plaintiff,                        )    **DISMISSAL**
12                                               )
           vs.                                    )    **(Fed. Rules Civ. Pro. Rule 41(a)(1)(A)(ii))**
13                                               )
   MACY'S CORPORATE SERVICES, INC.;              )
14 MACY'S, INC.; MACY'S RETAIL                    )
   HOLDINGS, INC.; MACY'S WEST                    )
15 STORES, INC.; and DOES 1 to 25, inclusive,    )
                                                 )
16              Defendants.                       )
                                                 )
17

18      IT IS HEREBY STIPULATED by and between Plaintiffs, NOAH GILL, a minor, by and through

19 his Guardian ad Litem, AYAZ GILL, and AYAZ GILL, by and through their counsel, Warren R.

20 Paboojian, Esq., Baradat & Paboojian, Inc.; and Defendant, MACY'S WEST STORES, INC., by and

21 through its counsel, David V. Roth, Esq., Manning & Kass, LLP, as follows:

22      Whereas, the above-captioned action has been settled;

23      Whereas, pursuant to Local Rule 202(b)(1), a Petition to Approve Compromise of Disputed Claim

24 was approved by Order of Judge Kristi Culver-Kapetan of the Superior Court of California, County of

25 Fresno, Case No. 12CECG02202, on August 15, 2013;

26      Whereas, pursuant to Local Rule 202(b)(1), a Petition to Approve Compromise of Minor's Claim

27 [Doc. 23] was then approved in the above-captioned action by Order Granting Petition for Minor's

28 Compromise [Doc. 24] signed by Magistrate Judge Stanley A. Boone on August 19, 2013;

1    Whereas, Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) authorizes a voluntary dismissal

2    by stipulation, without order of court;

3    NOW THEREFORE, IT IS HEREBY STIPULATED that the entire action, filed as Case

4    No. 1:12-CV-01985-AWI-SAB, be, and hereby is, dismissed with prejudice.

5    IT IS SO STIPULATED.

6    Dated: August 21, 2013                          BARADAT & PABOOJIAN, INC.

7

8                                         By: /s/ Warren R. Paboojian
                                             Warren R. Paboojian
                                             Adam B. Stirrup
9                                            Attorneys for Plaintiff
                                             NOAH GILL, a minor,
10                                           by and through his Guardian ad Litem,
                                             AYAZ GILL
11

12   Dated: August 21, 2013                          MANNING & KASS

13
                                         By: /s/ David V. Roth (as authorized on August 21, 2013)
14                                           David V. Roth
                                             Matthew P. Noel
15                                           Attorneys for Defendant
                                             MACY'S WEST STORES, INC.
16

17                                           It is so Ordered.  Dated: 11-8-13

18

19                                           United States District Judge

20

21

22

23

24

25

26

27

28

BARADAT & PABOOJIAN
720 West Alluvial Avenue
Fresno, CA 93711

STIPULATION FOR VOLUNTARY DISMISSAL                -2-                          FILE NO. 1043