# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH GILL, | Case No. 1:12-cv-01985-AWI-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF NO. 25 |
| MACY'S WEST STORES, INC., | |
| Defendant. | |

On November 7, 2013, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to file dismissal documents in a timely fashion. (ECF No. 25.) On November 12, 2013, Plaintiff Noah Gill ("Plaintiff") filed a response to the Court's order to show cause. (ECF No. 28.) In light of Plaintiff's response and the reported adjustments to their procedures to avoid future miscommunications, the Court will discharge the order to show cause.[1]

/ / /

/ / /

/ / /

/ / /

---

[1] However, Plaintiff's response states that Plaintiff's counsel did not receive the Court's e-mailed inquiries sent to wrp@bplaw-inc.com. The Court's records show that the Court's e-mail inquiry was sent to wrp@bplaw-inc.com on October 28, 2013 at 11:09 a.m. It is unclear why Plaintiff's counsel did not receive this e-mail.

1

1  Based upon the foregoing, it is HEREBY ORDERED that the Court's November 7, 2013
2 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 12, 2013**

UNITED STATES MAGISTRATE JUDGE

2